NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ECSI INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**LOCKHEED MARTIN GLOBAL TRAINING AND
LOGISTICS, TRAVELERS CASUALTY AND SURITY
COMPANY OF AMERICA, AND FEDERAL
INSURANCE COMPANY,**
*Defendants-Appellees.*

———————————

2013-1134

———————————

Appeal from the United States District Court for the District of New Jersey in No. 12-CV-1417, Judge Faith S. Hochberg.

———————————

**ON MOTION**

———————————

Before LOURIE, BRYSON, and MOORE, Circuit Judges.

LOURIE, *Circuit Judge.*

**O R D E R**

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Third Circuit. The parties did not respond to this court's order directing them to show cause why this appeal should not be transferred.

ECSI International appeals from a decision of the United States District Court for the District of New Jersey granting Lockheed Martin's motion to transfer the contract dispute to the United States District Court for the District of Maryland.  This court is a court of limited jurisdiction, which does not include review of this contract action.  28 U.S.C. § 1295.  We also note that the appellant requested review by the Third Circuit but that the district court forwarded the appeal to this court.  Because this case does not fall within our jurisdiction, we transfer the appeal to the United States Court of Appeals for the Third Circuit.

Accordingly,

IT IS ORDERED THAT:

This appeal is transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24